CO-386-online
10/03

# United States District Court
# For the District of Columbia

FUJIFILM CORPORATION )
FUJIFILM U.S.A., INC. )
  )
  )
       vs    Plaintiffs )   Civil Action No._____
  )
PAPST LICENSING GmbH & Co.,KG )
  )
  )
       Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __FUJIFILM U.S.A., Inc._____ which have any outstanding securities in the hands of the public:

FUJIFILM Holdings Corporation

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

#443300
BAR IDENTIFICATION NO.

Sten A. Jensen
Print Name

Hogan & Hartson - 555 - 13th Street, NW
Address

Washington,    DC         20004
City           State      Zip Code

202-637-6465
Phone Number

CO-386-online
10/03

# United States District Court
# For the District of Columbia

FUJIFILM CORPORATION )
FUJIFILM U.S.A., INC. )
)
)
            Plaintiffs )    Civil Action No._____
   vs )
PAPST LICENSING GmbH & Co.,KG )
)
)
            Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __FUJIFILM Corporation_____ which have any outstanding securities in the hands of the public:

FUJIFILM Holdings Corporation

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

#443300
BAR IDENTIFICATION NO.

Sten A. Jensen
Print Name

Hogan & Hartson - 555 - 13th Street, NW
Address

Washington,   DC         20004
City         State       Zip Code

202-637-6465
Phone Number