UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FUJIFILM CORPORATION, and FUJIFILM U.S.A., INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAPST LICENSING GMBH & CO. KG, <br><br> Defendant. | Civil Action No. 1:07 CV 01118 <br><br> Judge: Gladys Kessler |

### PAPST'S UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING A CONSOLIDATION DETERMINATION BY THE MDL PANEL

Defendant, Papst Licensing GmbH & Co. KG ("Papst") respectfully seeks a stay of all proceedings in this case pending a determination by the Judicial Panel on Multidistrict Litigation ("MDL Panel") whether to consolidate this case with five other cases for pre-trial purposes.

In accordance with Local Rule 7(m), counsel for Papst conferred with opposing counsel and have been advised that Plaintiffs do *not* oppose this motion.

This case is one of six pending cases that concern whether the respectively accused digital cameras infringe the same two United States patents. In another one of those six cases, *Casio Inc. v. Papst Licensing GmbH & Co. KG*, Case Action No. 1:06cv1751, this Court stayed all proceedings pending a determination by the MDL Panel whether to consolidate the cases. (Casio Dkt. No. 77, 7/17/07 Order).

A proposed order and a memorandum in support of the motion accompany this motion.

1

For the foregoing reasons, Papst requests that the Court grant this motion to stay all proceedings pending a determination by the MDL Panel whether to consolidate this case with five other cases for pre-trial purposes.

Dated: August 23, 2007                              Respectfully submitted,

*Campbell Killefer*
Campbell Killefer (Bar No. 268433)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000

*Counsel for Papst Licensing GmbH & Co. KG*

Of counsel:
Jerold B. Schnayer
John L. Ambrogi
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606
(312) 655-1500

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing **Papst's Unopposed Motion To Stay Proceedings Pending A Consolidation Determination By The MDL Panel** was served upon the following counsel for Plaintiffs Fujifilm Corporation and Fujifilm U.S.A., Inc. through the Court's ECF electronic service and by regular U.S. mail, postage prepaid, this 23rd day of August 2007:

HOGAN & HARTSON LLP

Steven J. Routh
Sten A. Jensen
555 Thirteenth Street NW
Washington, D.C. 20004

William H. Wright
1999 Avenue of the Stars
Suite 1400
Los Angeles, California  90067

John R. Inge (only through the Court's ECF electronic service)
Shinjuku Center Building
46th Floor
25-1 Nishi-Shinjuku 1-Chome
Shinjuku-ku Tokyo, 163-0646
Japan

                                              /s/ Campbell Killefer
                                              Campbell Killefer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUJIFILM CORPORATION, and FUJIFILM U.S.A., INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAPST LICENSING GMBH & CO. KG, <br><br> Defendant. | Civil Action No. 1:07 CV 01118 <br><br> Judge: Gladys Kessler |

**PAPST'S MEMORANDUM IN SUPPORT OF ITS UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING A CONSOLIDATION DETERMINATION BY THE MDL PANEL**

Defendant, Papst Licensing GmbH & Co. KG ("Papst") respectfully seeks a stay of all proceedings in this case pending a determination by the Judicial Panel on Multidistrict Litigation ("MDL Panel") whether to consolidate this case with five other cases for pre-trial purposes. Plaintiffs do not oppose this motion.

This case is one of six pending cases that concern whether the respectively accused digital cameras infringe the same two United States patents (the Tasler patents) owned by Papst, and that concern the validity of those two patents. Three of the six cases are pending before this Court:

> *District of Columbia*
> *Casio Inc. v. Papst Licensing GmbH & Co. KG, Case Action No.*
> *1:06cv1751, Judge Kessler*
>
> *District of Columbia*
> *Fujifilm Corp., Fujifilm U.S.A., Inc. v. Papst Licensing GmbH & Co. KG, Case Action No. 1:07cv01118, Judge Kessler*

1

> *District of Columbia*
> *Matsushita Electric Industrial Co., Ltd., Victor Company of Japan, Ltd. v. Papst Licensing;* Civil Action No. 07cv01222, Judge Kessler

Three of the six cases are pending before other courts:

> *Northern District of Illinois*
> *Papst Licensing GmbH & Co. KG v. Fujifilm Corp., Fujifilm U.S.A. Inc.,* Case No. 07cv3401, Judge Holderman

> *Central District of California, Western Division*
> *Papst Licensing GmbH & Co. KG v. Samsung Techwin Co., Samsung Opto-Electronics American, Inc.;* Civil Action No. 07cv4249, Judge Anderson Assigned

> *District of Delaware*
> *Papst Licensing GmbH & Co., KG v. Olympus Corp., Olympus Imaging America Inc.,* Civil Action No. 07cv0415, Vacant Judgeship

The purpose of seeking consolidation for pre-trial proceedings is to minimize duplicative litigation and inconsistent rulings. *See e.g. In re Triax Co. Patent Litigation*, 385 F.Supp. 590, 591 (J.P.M.L. 1974). The MDL Panel has assigned the Docket Number MDL-1880 and the caption *In re Papst Licensing Digital Camera Patent Litigation*. The consolidation motion is scheduled for oral argument before the MDL Panel on September 27, 2007.

In the related *Casio* case, this Court stayed all proceedings pending a determination by the MDL Panel whether to consolidate the cases. (Casio Dkt. No. 77, 7/17/07 Order).

At a hearing in the Northern District of Illinois on July 10, 2007 to transfer the related *Fujifilm* case under 28 U.S.C. §1404(a), Judge Holderman effectively stayed all proceedings in that case until a status conference on October 2, 2007. He did so specifically because that October date is shortly after the expected time of a decision by the MDL Panel. (**Ex. 1**, transcript of 7/10/07 hearing).

In the related *Samsung* case in the Central District of California, Samsung submitted an uncontested motion to stay all proceedings pending the determination by the MDL Panel. Judge Anderson has not yet ruled on that July 23, 2007 motion.

Papst has sought a stay of all proceedings in the related *Olympus* case in the District of Delaware and the related *Matsushita* case before this Court, pending the determination by the MDL Panel.

"[A] majority of courts have concluded that it is often appropriate to stay preliminary pretrial proceedings while a motion to transfer and consolidate is pending with the MDL Panel because of the judicial resources that are conserved." *Rivers v. Walt Disney Co.*, 980 F.Supp. 1358, 1362 (C.D.Calif. 1997) (citations omitted) (granting motion to stay pending decision by MDL Panel).

For the foregoing reasons, Papst requests that the Court grant this motion to stay all proceedings pending a determination by the MDL Panel whether to consolidate this case with five other cases for pre-trial purposes.

Date: August 23, 2007

Respectfully submitted,

*Campbell Killefer*
Campbell Killefer (Bar No. 268433)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000

*Counsel for Papst Licensing GmbH & Co. KG*

Of counsel:
Jerold B. Schnayer
John L. Ambrogi
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606
(312) 655-1500

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing **Papst's Memorandum In Support Of Its Unopposed Motion To Stay Proceedings Pending A Consolidation Determination By The MDL Panel** was served upon the following counsel for Plaintiffs Fujifilm Corporation and Fujifilm U.S.A., Inc. through the Court's ECF electronic service and by regular U.S. mail, postage prepaid, this 23rd day of August 2007:

HOGAN & HARTSON LLP

Steven J. Routh
Sten A. Jensen
555 Thirteenth Street NW
Washington, D.C. 20004

William H. Wright
1999 Avenue of the Stars
Suite 1400
Los Angeles, California  90067

John R. Inge (only through the Court's ECF electronic service)
Shinjuku Center Building
46th Floor
25-1 Nishi-Shinjuku 1-Chome
Shinjuku-ku Tokyo, 163-0646
Japan

                                                                    /s/ Campbell Killefer
                                                                    Campbell Killefer

# EXHIBIT 1

Papst's Motion To Stay

Case 1:07-cv-01118-RMC   Document 5-3   Filed 08/23/2007   Page 1 of 6

```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3

 4    PABST LICENSING GmbH & Co.    )
      KG,                           )
 5                                  )   Docket No. 07 C 3401
                       Plaintiff,   )
 6                                  )
               vs.                  )
 7                                  )   Chicago, Illinois
      FUJIFILM Corportion, and      )   July 10, 2007
 8    FUJIFILM U.S.A., Inc.,        )   10:00 a.m.
                                    )
 9                     Defendants.  )

10
                 TRANSCRIPT OF PROCEEDINGS - Motion
11            BEFORE THE HONORABLE JAMES F. HOLDERMAN

12
      APPEARANCES:
13

14    For the Plaintiff:       WELSH & KATZ, LTD.
                               BY:  MR. RICHARD W. McLAREN, JR.
15                                  MR. JEROLD B. SCHNAYER
                                    MR. JOHN ARON CARNAHAN
16                             120 South Riverside Plaza, 22nd Floor
                               Chicago, Illinois  60606
17

18    For the Defendants:      McDERMOTT, WILL & EMERY, LLP
                               BY:  MR. MATTHEW JOSEPH GRYZLO
19                             227 West Monroe Street, Suite 4400
                               Chicago, Illinois  60606
20

21

22

23    Court Reporter:          FRANCES WARD, CSR, RPR, FCRR
                               Official Court Reporter
24                             219 S. Dearborn Street, Suite 2118
                               Chicago, Illinois  60604
25                             (312) 435-5561
                               frances_ward@ilnd.uscourts.gov
```

Case 1:07-cv-01118-RMC   Document 5-3   Filed 08/23/2007   Page 3 of 6
Case 1:06-cv-01751-GK-DAR   Document 69-3   Filed 07/13/2007   Page 3 of 6

2

1       THE CLERK:  07 C 3401, Papst v. Fujifilm.  Motion
2  to dismiss.
3       MR. McLAREN:  Your Honor, Richard McLaren, Jerold
4  Schmayer, and Aron Carnahan on behalf of Papst Licensing.
5       THE COURT:  Good morning.
6       MR. GRYZLO:  Good morning, your Honor.  Matthew
7  Gryzlo on behalf of defendants Fujifilm Corporation and
8  Fujifilm U.S.A.
9       THE COURT:  Good morning.
10      This is up on defendants' motion to dismiss or, in
11 the alternative, to transfer the action to the United States
12 District Court for the District of Columbia.
13      How much time is desired by plaintiff to respond?
14      MR. McLAREN:  Well, your Honor, we would ask that
15 you reset it for a status on October 2nd for exactly the
16 reason that you just discussed with the prior case.
17      Yesterday afternoon we filed a motion with the MDL
18 panel as a result of five pending cases, five around the
19 country -- L.A., Chicago, DC, et cetera -- all involving the
20 same patents, different defendants, including this one, your
21 Honor.  The MDL panel oral schedule is set for July, as you
22 just heard.  There is none in August.  And there will be one
23 in September.  It hasn't been scheduled yet.
24      THE COURT:  So you are hoping to make the September
25 date.

Case 1:07-cv-01118-RMC    Document 5-3    Filed 08/23/2007    Page 4 of 6
Case 1:06-cv-01751-GK-DAR    Document 69-3    Filed 07/13/2007    Page 4 of 6

3

1    MR. McLAREN: Yes. We would expect we would.
2    Where the MDL panel has been presented with multiple patent
3    cases involving the same patent all over the country, they
4    have very routinely granted multidistrict treatment.
5        I should add, your Honor, that our office had one
6    of these a couple years ago, and the multidistrict panel sent
7    it to New Orleans because their docket was smaller. There
8    was no case pending in New Orleans. So I don't think anyone
9    can predict where it will go, in answer to your Honor's
10   question.
11       THE COURT: Okay.
12       MR. McLAREN: I have a copy for your Honor's
13   chambers, if you want it, of the MDL filing.
14       THE COURT: If you do, if you could just -- you
15   need not file it in the record, but I would like to review
16   it.
17       MR. McLAREN: We overnighted it last night to the
18   Clerk of Courts for the Northern District of Illinois as we
19   did with all the other districts. So the Clerk of Court has
20   got it downstairs already, but we didn't try to get it to you
21   yesterday at 4:30.
22       THE COURT: That's all right.
23       What's the other side's position?
24       MR. GRYZLO: Well, your Honor, obviously it's
25   entirely up to you. We would like to see this matter

Case 1:07-cv-01118-RMC    Document 5-3    Filed 08/23/2007    Page 5 of 6
Case 1:06-cv-01751-GK-DAR    Document 69-3    Filed 07/13/2007    Page 5 of 6

4

```
 1   resolved, but we know that something is going to happen with
 2   the MDL panel.
 3              THE COURT:  Why don't we do this then.  I am going
 4   to take the motion to dismiss or, in the alternative, to
 5   transfer the action to the District of Columbia under
 6   advisement, and we will set the case for further status on
 7   October 2.  Hopefully we will have a determination by the MDL
 8   panel.
 9              Where are they sitting in September?  Does anybody
10   know?
11              MR. McLAREN:  I don't know, your Honor.
12              THE COURT:  They always like to pick locations that
13   are --
14              MR. McLAREN:  Do you know?
15              MR. GRYZLO:  I have no idea.
16              THE COURT:  -- that are comfortable.
17              (Laughter.)
18              THE COURT:  All right.  Well, come in on October 2
19   even if we don't get a ruling or haven't gotten a ruling and
20   we can take things from there.  But at least you will be able
21   to apprise me, and I appreciate your keeping me attuned as to
22   what's going on.
23              MR. McLAREN:  We fullly expect it will be
24   consolidated.
25              If it isn't, your Honor, we are going to need
```

5

```
 1  preliminary discovery into the jurisdictional issue, but you
 2  don't need to do anything now. We can do that in October.
 3          THE COURT: Okay.
 4          MR. McLAREN: Thank you, your Honor.
 5          MR. GRYZLO: Thank you, your Honor.
 6          THE COURT: Thank you.
 7                    *  *  *  *  *
 8  I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.
 9
10  F____Frances Ward_____  _July 10_____, 2007.
    Official Court Reporter
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUJIFILM CORPORATION, and FUJIFILM U.S.A., INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>PAPST LICENSING GMBH & CO. KG,<br><br>　　　　　　　　Defendant. | Civil Action No. 1:07 CV 01118<br><br>Judge: Gladys Kessler |

**[PROPOSED] ORDER GRANTING PAPST UNOPPOSED MOTION FOR STAY**

Upon consideration of the unopposed motion of Defendant Papst Licensing Gmbh & Co. KG for a stay of all proceedings in this case pending a determination by the Judicial Panel on Multidistrict Litigation ("MDL Panel") whether to consolidate this case with five other cases for pre-trial purposes, it is hereby

**ORDERED** that all proceedings are stayed pending a determination by the MDL Panel of Papst's motion for consolidation that is currently pending before the MDL Panel.

Dated: August ___, 2007

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Gladys Kessler
　　　　　　　　　　　　　　　　　　United States District Judge