UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUJIFILM CORPORATION, and FUJIFILM U.S.A., INC.<br><br>                Plaintiffs,<br><br>    v.<br><br>PAPST LICENSING GMBH & CO. KG,<br>                Defendant. | Civil Action No. 1:07 CV 01118<br><br><br><br>Judge: Gladys Kessler |

**NOTICE OF ENTRY OF APPEARANCE**

Please note the appearance of the undersigned as co-counsel for the defendant.

Respectfully submitted,

 /s/  Robert F. Muse
Robert F. Muse (Bar No. 166868)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Ave., NW, Suite 1100
Washington, D.C. 20036
rmuse@steinmitchell.com
(202) 737-7777

 /s/  Jacob A. Stein
Jacob A. Stein (Bar. No. 052233)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Ave., NW, Suite 1100
Washington, D.C. 20036
jstein@steinmitchell.com
(202) 737-7777

 /s/  Joshua A. Levy
Joshua A. Levy (Bar. No. 475108)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Ave., NW, Suite 1100
Washington, D.C. 20036
jlevy@steinmitchell.com
(202) 737-7777
**Attorneys for Defendant**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was served upon the following counsel for Plaintiffs Fujifilm Corporation and Fujifilm U.S.A., Inc. through the Court's ECF electronic service and U.S. First Class mail, postage prepaid, this 12th day of November, 2007:

HOGAN & HARTSON LLP

Steven J. Routh
Stan A. Jensen
555 Thirteenth St. NW
Washington, D.C. 20004

William H. Wright
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

John R. Inge
Shinjuku Center Building
46th Floor
25-1 Nishi-Shinjuku 1-Chome
Shinjuku-ku Tokyo, 163-0646
Japan
**Counsel for Plaintiffs Fujifilm Corporation and Fujifilm U.S.A., Inc.**

                                            /s/ Robert F. Muse
                                            Robert F. Muse