UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUJIFILM CORPORATION, and FUJIFILM U.S.A., INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PAPST LICENSING GMBH & CO. KG.,<br>　　　　　　　Defendant. | Civil Action No. 1:07 CV 01118<br><br>Judge: Gladys Kessler |

### NOTICE OF WITHDRAWAL AS COUNSEL FOR PAPST LICENSING

PLEASE TAKE NOTICE that Campbell Killefer of Venable LLP hereby withdraws as co-counsel for Defendant Papst Licensing GmbH & Co. KG ("Papst"). Robert F. Muse, Jacob A. Stein and Joshua A. Levy of the law firm Stein, Mitchell & Mezines LLP filed their Notice of Entry of Appearance as substitute local counsel on November 12, 2007 (Docket No. 8). Both Papst and Welsh & Katz Ltd., national counsel for Papst, have consented to Mr. Killefer's withdrawal.

Dated: November 13, 2007

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　_/s/ Campbell Killefer_____
　　　　　　　　　　　　　　　　　Campbell Killefer (D.C. Bar No. 268433)
　　　　　　　　　　　　　　　　　VENABLE LLP
　　　　　　　　　　　　　　　　　Terrell Place
　　　　　　　　　　　　　　　　　575 7th Street, N.W.
　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　Telephone: (202) 344-8196
　　　　　　　　　　　　　　　　　Facsimile: (202) 344-8300
　　　　　　　　　　　　　　　　　Email: ckillefer@venable.com

　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　Papst Licensing GmbH & Co. KG

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was served upon the following counsel for Plaintiff Fujifilm Corp. through the Court's ECF electronic service and U.S. First Class mail, postage prepaid, this 13th day of November, 2007:

HOGAN & HARTSON LLP

Steven J. Routh
Stan A. Jensen
555 Thirteenth Street, N.W.
Washington, D.C. 20004

William H. Wright
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

John R. Inge
Shinjuku Center Building
46th Floor
25-1 Nishi-Shinjuku 1-Chome
Shinjuku-ku Tokyo, 163-0646
Japan
**Counsel for Plaintiffs Fujifilm Corporation and Fujifilm U.S.A., Inc.**

_____
Campbell Killefer