CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FIJIFILM CORPORATION, ET AL.   )
)
)
)
       Plaintiff   ) Civil Case Number 07-1118
)
)
)   Category   E
PABST LICENSING GMBH, ETC..   )
)
)
       Defendant   )
)

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on November 16, 2007 from Judge Gladys Kessler to Judge Rosemary M. Collyer by direction of the Calendar Committee.

(Case is related to Miscellaneous Case 07-493 which is to be assigned to Judge Collyer as directed by the MDL Panel)

                          ELLEN S. HUVELLE
                          Chair, Calendar and Case
                          Management Committee

cc:   Judge Collyer & Courtroom Deputy
      Judge Kessler & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk